**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:11-CV-511-MOC-DCK**

| | |
|---|---|
| RHAE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE SUNSHINE HOUSE, INC., )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that the Court entered a "Pretrial Order And Case Management Plan" (Document No. 10) on December 15, 2011. The "Pretrial Order..." *inter alia*, set the following deadlines: Discovery — June 30, 2012; Mediation – July 15, 2012; Motions – July 31, 2012; and Trial – December 3, 2012. (Document No. 10). The undersigned further observes, based on preceding motions practice, that discovery in this matter has not been completed, and that most, if not all, of the foregoing deadlines need to be revised.

As such, the Court will require the parties to file proposed revisions to the "Pretrial Order..." setting forth reasonable deadlines to get this matter ready for resolution by dispositive motion(s) or trial. The parties shall file a joint proposal, if possible. The proposed revisions to the "Pretrial Order..." must include a specific date for Plaintiff's deposition.

**IT IS, THEREFORE, ORDERED** that the parties shall file proposed revisions to the "Pretrial Order... (Document No. 10), jointly if possible, on or before **October 15, 2012**, as more

fully described herein.

**SO ORDERED**.

Signed: October 4, 2012

David C. Keesler
United States Magistrate Judge