IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-511-MOC-DCK

| | |
|---|---|
| RHAE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE SUNSHINE HOUSE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling order deadlines. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. After careful review of the parties' submissions (Document Nos. 50-51), the Court will enter revised case deadlines.

Further extensions of the case deadlines are unlikely barring extraordinary circumstances. Failure to abide by the revised deadlines may lead to sanctions, including dismissal of this lawsuit.

**IT IS, THEREFORE, ORDERED** that the new deadlines are as follows:

| | |
|---|---|
| Plaintiff's Deposition | **January 9, 2013;** |
| Discovery Completion | **January 16, 2013;** |
| Mediation Report | **January 30, 2013;** |
| Dispositive Motions | **February 8, 2013;** |
| Trial | **June 3, 2013.** |

**SO ORDERED**.

Signed: November 21, 2012

David C. Keesler
United States Magistrate Judge