UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00511-MOC-DCK

| | | |
|---|---|---|
| **RHAE JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| **THE SUNSHINE HOUSE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the court for trial, and the jury having returned its Verdict, and consistent with such Verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **ENTERED** in favor of defendant and against plaintiff providing that plaintiff have and take nothing of defendant and this action is **DISMISSED WITH PREJUDICE**.

Signed: June 24, 2013

Max O. Cogburn Jr.
United States District Judge